# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

GREGORY B. MYERS, and
BARBARA ANN KELLY,

    Plaintiffs,

v.                                                         No.: 1:24-cv-03127-ACR

NAPLES GOLF AND BEACH CLUB, INC., a
Florida Corporation; NAPLES PROPERTY
HOLDING COMPANY, LLC, a Delaware
limited liability company; NAPLES BEACH
CLUB LAND TRUST TRUSTEE, LLC, a
Delaware limited liability company, as Trustee
under the Land Trust Agreement dated as of May
27, 2021; NAPLES BEACH CLUB PHASE II
AND III LAND TRUST TRUSTEE, LLC a
Delaware limited liability company, as Trustee
under the Land Trust Agreement dated as of
May 27, 2021; and NBC CLUB OWNER, LLC,
a Delaware limited liability company,

    Defendants.
_____/

NAPLES BEACH CLUB LAND TRUST
TRUSTEE, LLC, a Delaware limited liability
company, as Trustee under the Land Trust
Agreement dated as of May 27, 2021; NAPLES
BEACH CLUB PHASE II AND III LAND TRUST
TRUSTEE, LLC a Delaware limited liability company,
as Trustee under the Land Trust Agreement dated as of
May 27, 2021; and NBC CLUB OWNER, LLC, a
Delaware limited liability company,

    Defendants/Counterclaimants,

    v.

GREGORY B. MYERS and
BARBARA ANN KELLY,

    Plaintiffs/Counterdefendants.

---

### NOTICE OF FILING BANKRUPTCY COURT ORDERS

---

    Defendants/Counterclaimants NAPLES BEACH CLUB LAND TRUST TRUSTEE, LLC; NAPLES BEACH CLUB PHASE II AND III LAND TRUST TRUSTEE, LLC; NAPLES PROPERTY HOLDING COMPANY, and NBC CLUB OWNER, LLC (collectively, "NBC Entities"), file this *Notice of Filing Bankruptcy Court Orders*:

    On February 26, 2025, Plaintiff/Counterdefendant, Gregory B. Myers ("Myers") filed his Voluntary Petition for Individuals Filing for Bankruptcy [D.E. # 1] in the District of Columbia. This generated the United States Bankruptcy Court for the District of Columbia case styled *In re: Gregory Brian Myers,* No. 25-00069.

    On March 20, 2025, the United States Bankruptcy Court for the District of Columbia issued its Order to Show Cause [D.E. #24]. The Order is attached hereto as **Exhibit 1**.

    On March 20, 2025, the United States Bankruptcy Court for the District of Columbia also issued its Order Denying Motions [D.E. #25]. The Order is attached hereto as **Exhibit 2**.

Because this is a notice of filing, there is no conferral requirement.

Respectfully submitted this 21st day of March, 2025.

                                     *s/ Glenn Burhans, Jr.*
Glenn Burhans, Jr. (admitted *pro hac vice*)
Florida Bar No. 605867
Christopher R. Clark (admitted *pro hac vice*)
Florida Bar. No. 1002388
**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON PA**
106 East College Ave., Suite 700
Tallahassee, FL 32301
Telephone (850) 580-7200
gburhans@stearnsweaver.com
crclark@stearnsweaver.com
cacosta@stearnsweaver.com

Maria A. Fehretdinov
Bar ID: FL0083
**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON PA**
150 West Flagler Street, Suite 2200
Miami, FL 33130
Telephone (305) 789-3200
mfehretdinov@stearnsweaver.com
mleon@stearnsweaver.com

*Counsel for Naples Property Holding Company, LLC, Naples Beach Club Land Trust Trustee, LLC, Naples Beach Club Phase II and III Land Trust Trustee, LLC, and NBC Club Owner, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 21st day of March, 2025, the undersigned counsel electronically filed the foregoing through the CM/ECF and served via electronic mail to:

Gregory B. Myers
700 Gulf Shore Blvd. N
Naples, FL 34102
gregbmyers@verizon.net
Plaintiff *pro se*

Barbara Ann Kelly
700 Gulf Shore Blvd. N
Naples, FL 34102
bakellymyers@verizon.net
Plaintiff *pro se*

Jeffrey D. Fridkin
Gunster, Yoakley & Stewart, P.A.
5551 Ridgewood Dr., Suite 501
Naples, FL 34108
jfridkin@gunster.com
lkinder@gunster.com
*Counsel for Defendant Naples Golf and Beach Club, Inc.*

                                          *s/ Glenn Burhans, Jr.*
                                        Glenn Burhans, Jr. (admitted *pro hac vice*)
                                        Florida Bar No. 605867