*State Court Litigation: Collier County Circuit Court*

1. *Myers v. Naples Golf and Beach Club, Inc., Naples Property Holding Company, LLC, Naples Beach Club Land Trust Trustee, LLC*, No. 21-CA-001441-0001 (Fla. 20th Cir. Ct. 2021) (State Court Litigation: final judgment entered on behalf of Appellees in 2022, 6th DCA Mandate issued May 3, 2024).

2. *Myers v. City of Naples, and NBC Club Owner, LLC, Naples Beach Club Land Trust Trustee, LLC, and Naples Beach Club Phase II and III Land Trust Trustee, LLC*, No. 2021-AP-00004 (Fla. 20th Cir. Ct. 2021) (voluntary dismissal filed by Myers after all appellate briefing complete).

3. *Myers v. City of Naples, Naples Beach Club Land Trustee, LLC, and Naples Beach Club Pase II and III Land Trustee, LLC*, No. 2021-CA-002779 (Fla. 20th Cir. Ct. 2021) (voluntary dismissal by Myers on eve of summary judgment hearing set by defendants).

4. *Myers v. City of Naples, Teresa Heitmann, Terry Hutchinson, Ray Christmas, Paul Perry, Ted Blankenship, Pete Dimaria, Nancy Stuparich, Vose Law Firm LLP, Naples Beach Club Land Trust Trustee, LLC, Naples Beach Club Phase II and III Land Trust Trustee, LLC, NBC Club Owner, LLC, the Athens Group, North American Land Trust*, No. 2022-CA-000093 (Fla. 20th Cir. Ct. 2022) (dismissal for failure to effectuate service on any defendant).

5. *Myers v. City of Naples and Erica Martin*, No. 2022-CA-000473 (Fla. 20th Cir. Ct. 2022) (voluntary dismissal by Myers following City filing motion to dismiss).

6. *Myers v. City of Naples and Naples Beach Club Land Trustee, LLC.*, No. 2022-CA-001121 (Fla. 20th Cir. Ct. 2022) (final judgment granted in favor of Naples Beach Club Land Trustee, LLC, and pending hearing on City's motion for summary judgment and defendants' Notice of Lack of Jurisdiction).

7. *Myers v. City of Naples, Naples Beach Club Phase II and III Land Trust Trustee, Naples Beach Club Land Trust Trustee, LLC, Naples Beach Club Owner,* No. 2022-CA-001181 (Fla. 20th Cir. 2022) (voluntary dismissal by Myers on eve of summary judgment hearing set by defendants).

**EXHIBIT 1**

8. *Myers v. City of Naples, Naples Beach Club Land Trust Trustee, LLC,* No. 2022-CA-001727 (Fla. 20th Cir. Ct. 2022) (voluntary dismissal by Myers on eve of summary judgment hearing set by defendants).

9. *Myers v. City of Naples and NBC Club Owner, LLC*: 2022-CA-001728 (Fla. 20th Cir. Ct. 2022) (voluntary dismissal by Myers on eve of summary judgment hearing set by defendants).

**Appellate Court Litigation: Florida Second District Court of Appeals**

10. *Myers v. Naples Golf and Beach Club, Inc. and Naples Property Holding Company, LLC,* No. 2D21-2520 (Fla. 2d DCA 2021) (court dismissed Myers's appeals of the denial of his emergency motions to disqualify appellees' counsel in *Myers v. Naples Golf and Beach Club, Inc., Naples Property Holding Company, LLC, Naples Beach Club Land Trust Trustee, LLC*, No. 21-CA-001441-0001).

11. *Myers v. Naples Golf and Beach Club, Inc. and Naples Property Holding Company, LLC,* No. 2D21-2222 (Fla. 2d DCA 2021) (court dismissed Myers' appeals of the denial of Myers's *ore tenus* motion to disqualify counsel and emergency motion to stay pending appeal in *Myers v. Naples Golf and Beach Club, Inc., Naples Property Holding Company, LLC, Naples Beach Club Land Trust Trustee, LLC*, No. 21-CA-001441-0001).

12. *Myers v. Naples Golf and Beach Club, Inc. and Naples Property Holding Company, LLC,* No. 2D21-2383 (Fla. 2d DCA 2021) (court denial of Myers's emergency writ of prohibition relating to denial of his *ora tenus* emergency motions to disqualify Judge Brodie and appellees' counsel in *Myers v. Naples Golf and Beach Club, Inc., Naples Property Holding Company, LLC, Naples Beach Club Land Trust Trustee, LLC*, No. 21-CA-001441-0001).

13. *Myers v. Naples Golf and Beach Club, Inc. and Naples Property Holding Company, LLC,* No. 2D21-3891 (Fla. 2d DCA 2021) (court dismissal of Myers's appeals of the court's order granting appellees' leave to file a counter claim for failure to pay filing fee in *Myers v. Naples Golf and Beach Club, Inc., Naples Property Holding Company, LLC, Naples Beach Club Land Trust Trustee, LLC*, No. 21-CA-001441-0001).

14. *Myers v. Naples Golf and Beach Club, Inc. and Naples Property Holding Company, LLC,* No. 2D21-3892 (Fla. 2d DCA 2021) (court dismissal of Myers's appeals of the court's order granting appellees' leave to join party

defendant for failure to pay filing fee in *Myers v. Naples Golf and Beach Club, Inc., Naples Property Holding Company, LLC, Naples Beach Club Land Trust Trustee, LLC*, No. 21-CA-001441-0001).

15. *Myers v. Naples Golf and Beach Club, Inc. and Naples Property Holding Company, LLC,* No. 2D22-1319 (Fla. 2d DCA 2022) (court denial of Myers's and Kelly's writ of prohibition relating to denial of their verified motion to disqualify trial judge in *Myers v. Naples Golf and Beach Club, Inc., Naples Property Holding Company, LLC, Naples Beach Club Land Trust Trustee, LLC*, No. 21-CA-001441-0001).

16. *Myers v. Naples Golf and Beach Club, Inc. and Naples Property Holding Company, LLC,* No. 2D22-2062 (Fla. 2d DCA 2022) (court denial of Myers's and Kelly's writ of prohibition relating to alleged violations of the automatic stay related to Myers' bad faith bankruptcy *Myers v. Naples Golf and Beach Club, Inc., Naples Property Holding Company, LLC, Naples Beach Club Land Trust Trustee, LLC*, No. 21-CA-001441-0001).

***Appellate Court Litigation: Florida Sixth District Court of Appeals***

17. *Myers v. Naples Golf and Beach Club, Inc. and Naples Property Holding Company, LLC,* No. 6D23-0573 (Fla. 6th DCA 2023) (court dismissal of Myers's and Kelly's appeal of the final judgment for failure to file an initial brief after twenty-two (22) months of extensions of time).[1]

18. *Myers v. Naples Golf and Beach Club, Inc. and Naples Property Holding Company, LLC,* No. 6D23-0585 (Fla. 6th DCA 2023) (court dismissal of Myers's and Kelly's appeal of the amended final judgment for failure to file an initial brief after twenty-two (22) months of extensions of time).

***Federal Court Litigation: Middle District of Florida***

19. *Myers v. City of Naples and Naples Beach Club Land Trust Trustee, LLC.*, No. 2:22-cv-751 (M.D. Fla. Apr. 28, 2023) (Myers's attempted removal of *Myers v. Naples Golf and Beach Club, Inc., Naples Property Holding Company, LLC, Naples Beach Club Land Trust Trustee, LLC*, No. 21-CA-

---

[1] Both Sixth Circuit Court of Appeal cases started as Second District Court of Appeal cases on or about June 27, 2022. The creation of the Sixth District Court of Appeal's necessitated the transfer of the cases and generation of new case numbers.

001441-0001 and related appeals, but filed as an independent action, dismissed for failure to effect service).

20. *Myers v. City of Naples and Naples Beach Club Land Trust Trustee, LLC.*, No. 2:23-cv-13 (M.D. Fla. Jan. 9, 2023) (Myers's attempted removal of *Myers v. Naples Golf and Beach Club, Inc., Naples Property Holding Company, LLC, Naples Beach Club Land Trust Trustee, LLC*, No. 21-CA-001441-0001 pursuant to 28 U.S.C. §§ 1334 and 1452 following final judgment for defendants/counter-plaintiffs; currently on appeal).

21. *Myers v. City of Naples and Naples Beach Club Land Trust Trustee, LLC.*, No. 2:23-cv-575 (M.D. Fla. Sep. 9, 2023) (Myers's attempted removal of *Myers v. City of Naples and Naples Beach Club Land Trust Trustee, LLC.*, No. 2022-CA-001121 (Fla. 20th Cir. Ct. 2022) pursuant to 28 U.S.C. §§ 1334 and 1452 following final judgment for NBC Land Trustee; remanded upon motion practice).

22. *Myers v. City of Naples and Naples Beach Club Land Trust Trustee, LLC.*, No. 2-24:cv-419 (M.D. Fla. May 21, 2024) (Myers's **second attempted** removal of *Myers v. City of Naples and Naples Beach Club Land Trust Trustee, LLC.*, No. 2022-CA-001121 (Fla. 20th Cir. Ct. 2022) pursuant to 28 U.S.C. §§ 1334 and 1452 following final judgment for NBC Land Trustee).

23. *Myers v. City of Naples and Naples Property Holding Company, LLC,* No. 2:24-cv-235 (M.D. Fla. 2024) (Myers's attempt to refile the original state court litigation as claims of violations of various due process rights; pending multiple motions to dismiss and requests for sanctions).

24. *Myers v. Naples Golf and Beach Club, Inc.*, No. 2:24-cv-846 (M.D. Fla. 2024) (Myers's **second attempted** removal of *Myers v. Naples Golf and Beach Club, Inc., Naples Property Holding Company, LLC, Naples Beach Club Land Trust Trustee, LLC*, No. 21-CA-001441-0001 pursuant to 28 U.S.C. §§ 1334 and 1452 following final judgment for defendants/counter-plaintiffs; currently on appeal).

### *Eleventh Circuit Appeals*

25. *Myers v. Naples Golf and Beach Club, Inc., Naples Property Holding Company, LLC, Naples Beach Club Land Trust Trustee, LLC,* No. 23-11906 (11th Cir. 2023) (Myers's appeal of the denial of his motion for reconsideration of the district court's order of remand; district court opinion affirmed).

26. *Myers v. Naples Golf and Beach Club, Inc., Naples Property Holding Company, LLC, Naples Beach Club Land Trust Trustee, LLC,* No. 23-11964 (11th Cir. 2023) (Myers's appeal of the denial of his motion for reconsideration of the district court's order of remand – consolidated with 23-11906; district court opinion affirmed).

27. *Myers v. Naples Beach Club Land Trust Trustee,* No. 24-12043 (11th Cir. 2024) (Myers's improper interlocutory appeal of order denying renewed motion to stay and motion to compel arbitration – dismissed as frivolous).

28. *Myers v. Naples Beach Club Land Trust Trustee,* No. 24-12454 (11th Cir. 2024) (Myers's improper interlocutory appeal of order denying Myers amended motion to alter or amend judgment regarding a renewed motion to stay - dismissed).

29. *Myers v. Naples Golf and Beach Club, Inc., Naples Property Holding Company, LLC, Naples Beach Club Land Trust Trustee, LLC,* No. 24-13551 (11th Cir. 2024) (Myers's appeal of order of remand regarding second attempted removal of the underlying state court litigation; pending dismissal and sanctions motions filed by Appellees).

30. *Myers v. Naples Golf and Beach Club, Inc., et. al.,* No. 24-13099 (11th Cir. 2024) (Myers's appeal of denial of demand for arbitration pending remand; dismissed for failure to pay filing fee).

31. *Myers v. Naples Beach Club Land Trust Trustee, LLC,* No. 24-14007 (11th Cir. 2024) (Myers's attempt to appeal second remand of the state court litigation; dismissed for failure to prosecute).

32. *Myers v. Naples Beach Club Land Trust Trustee, LLC,* No. 25-10179 (11th Cir. 2025) (Myers's improper appeal of interlocutory order finding Appellees entitled to attorneys' fees for improper removal of state court litigation; appellees filed a motion to dismiss, but are now filing a renewed motion to dismiss based on Myers's reinstatement of the appeal).

33. *Myers v. City of Naples and Naples Property Holding Company, LLC,* No. 25-10027 (11th Cir. 2025 (Myers's appeal of order to show cause directing Myers to respond to NPHC's motion to dismiss and request to declare plaintiff a vexatious litigant; pending dismissal motion filed by NPHC).

*Federal Court Litigation: District of Columbia*

34. *Myers v. Naples Golf and Beach Club, Inc., Naples Property Holding Company, LLC, Naples Beach Club Land Trust Trustee, LLC*, No. 1:24-cv-03127 (D.D.C. Nov. 4, 2024) (Myers's ***third attempted*** removal of *Myers v. Naples Golf and Beach Club, Inc., Naples Property Holding Company, LLC, Naples Beach Club Land Trust Trustee, LLC*, No. 21-CA-001441-0001 pursuant to 28 U.S.C. §§ 1334 and 1452 following final judgment for defendants/counter-plaintiffs).

*Federal Court Appeals: Circuit Court for the District of Columbia*

35. *Myers v. Naples Golf and Beach Club, Inc., Naples Property Holding Company, LLC, Naples Beach Club Land Trust Trustee, LLC*, No. 24-7180 (D.C. Cir. 2024) (dismissed as a frivolous appeal with the imposition of sanctions).

36. *Myers v. Naples Golf and Beach Club, Inc., Naples Property Holding Company, LLC, Naples Beach Club Land Trust Trustee, LLC*, No. 25-7018 (D.C. Cir. 2025) (Myers appeal of denial of his request for leave to amend complaint after final summary judgment to add claims against Appellees' Counsel as third-party defendants).

37. *Myers v. Naples Golf and Beach Club, Inc., Naples Property Holding Company, LLC, Naples Beach Club Land Trust Trustee, LLC*, No. 25-7032 (D.C. Cir. 2025) (Myers improper appeal of Minute Order scheduling hearing).

38. *Myers v. Naples Golf and Beach Club, Inc., Naples Property Holding Company, LLC, Naples Beach Club Land Trust Trustee, LLC*, No. 25-7037 (D.C. Cir. 2025) (Myers improper appeal of the District Court's Minute Order directing a response to Remand Motion).

*Bankruptcy Court Litigation: Middle District of Florida (Bankruptcy)*

39. *In re: Gregory Brian Myers*, No. 21-bk-123-FMD (M.D. Fla. July 15, 2021) (dismissed as bad faith bankruptcy with two year bar to refiling).

    *In re: 700 Trust,* No. 25-00051-FMD (M.D. Fla. Bkrpt. 2025) (Myers's continuation of bad-faith bankruptcy proceedings to delay other state and federal court proceedings).

*Bankruptcy Court Litigation: Northern District of Florida (Bankruptcy)*

40. *In re: 700 Trust,* No. 24-10230-KKS (N.D. Fla. Bkrpt. 2024) (Myers's orchestrated bad-faith bankruptcy to delay other state and federal court proceedings).

*Bankruptcy Court Litigation: Northern District of Florida (Bankruptcy Appeals)*

41. *In re: 700 Trust,* No. 1:24-cv-237 (N.D. Fla. 2024) (Myers's appeal of order to show cause to respond to dismissal motion filed by Appellees).

42. *In re: 700 Trust,* No. 1:24-cv-241 (N.D. Fla. 2024) (Myers's appeal of interim interlocutory order regarding improper venue and other bad faith allegations raised by Appellees).

43. *In re: 700 Trust,* No. 1:25-cv-10 (N.D Fla. 2025) (Myers's appeal of order transferring venue to the Middle District of Florida, bankruptcy division and denial of automatic stay).

44. *In re: 700 Trust,* No. 1:25-cv-27 (N.D. Fla. 2025) (Myers's appeal of order transferring venue and discharging show cause order).

*Bankruptcy Court Litigation: Delaware Bankruptcy Court*

45. *In re: Gregory Brian Myers*, No. 19-10392 (BLS) (DE Feb. 27, 2019) (dismissed for improper venue on March 28, 2019).

*Bankruptcy Court Litigation: Maryland Bankruptcy Court: Greenbelt Division*

46. *In re: Barbara Ann Kelly,* No. 23-127000-MCR (Bankr. D. Md. 2023) (Myers's wife's bankruptcy - dismissed as bad faith bankruptcy for four-year bar to refiling and imposition of equitable servitude; extensive commentary on Myers's and Kelly's actions in concert with the bankruptcy court).

*Bankruptcy Court Litigation: District of Columbia*

47. *In re: Gregory Brian Myers,* No. 25-00069 (D.D.C. Bkrpt. 2025) (Myers recently dismissed bad faith bankruptcy, pending the imposition of sanctions on Myers from the bankruptcy court).

48. *Myers v. Naples Property Holding Company, LLC, Naples Beach Club Land Trust Trustee, LLC, Naples Beach Club Phase II and III Land Trust Trustee, LLC, NBC Club Owner, LLC, Stearns Weaver Miller Weissler Alhadeff &*

*Sitterson, P.A., Maria A. Fehretdinov, Glenn Burhans, Jr., Christopher Clark, Drew Dillworth, Naples Golf and Beach Club, Inc., Gunster, Yoakley & Stewart, P.A. and Jeffrey Fridkin,* No. 25-10005 (D.D.C. Bkrpt 2025) (stayed by bankruptcy court pending the imposition of sanctions on Myers).