IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CLERK
US DISTRICT & BANKRUPTCY
COURTS FOR DC

2025 APR -2  P 12: 53

RECEIVED

RECEIVED

APR 0 2 2025

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

GREGORY B. MYERS, and
BARBARA ANN KELLY,

    Plaintiffs,

v.

Case 1:24-cv-03127-ACR

NAPLES GOLF AND BEACH CLUB, INC., a
Florida Corporation; NAPLES PROPERTY HOLDING
COMPANY, LLC, a Delaware limited liability company;
NAPLES BEACH CLUB LAND TRUST TRUSTEE, LLC,
a Delaware limited liability company, as Trustee under the
Land Trust Agreement dated as of May 27, 2021; NAPLES
BEACH CLUB PHASE II AND III LAND TRUST
TRUSTEE, LLC, a Delaware limited liability company, as
Trustee under the Land Trust Agreement dated as of
May 27 2021; and NBC CLUB OWNER, LLC, a
Delaware limited liability company,

    Defendants.
_____/

NAPLES BEACH CLUB LAND TRUST TRUSTEE, LLC,
a Delaware limited liability company, as Trustee under the
Land Trust Agreement dated as of May 27, 2021; NAPLES
BEACH CLUB PHASE II AND III LAND TRUST
TRUSTEE, LLC, a Delaware limited liability company, as
Trustee under the Land Trust Agreement dated as of
May 27 2021; and NBC CLUB OWNER, LLC, a Delaware
limited liability company,

    Defendants / Counterclaimants,

v.

GREGORY B. MYERS, and
BARBARA ANN KELLY,

    Plaintiffs / Counterdefendants.
_____/

## NOTICE OF APPEAL

1

Pursuant to Rule 3 of the Federal Rules of Appellate Procedure, Gregory B. Myers hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the MINUTE ORDER entered by the clerk of this Court on April 1, 2025 (the "Minute Order"), stating:

> MINUTE ORDER GRANTING IN PART 11 Motion to Dismiss Case as Frivolous or in the alternative Motion to Remand to State Court and 13 Motion to Dismiss or in the alternative Motion to Remand to State Court. As discussed at the March 10, 2025 hearing, the Court REMANDS this case to the Circuit Court for Collier County, Florida. The Court finds as MOOT Defendants' Motions to Dismiss. Case to be remanded on 4/8/2025. Signed by Judge Ana C. Reyes on 4/1/2025. (lcacr3) (Entered: 04/01/2025)

A copy of the clerk's docket sheet showing the Minute Order is attached hereto as **Exhibit A.**

Dated: April 2, 2025

Respectfully submitted,

Gregory B. Myers, pro se
700 Gulf Shore Blvd. N.
Naples, Florida 34102
(301) 325-2312
*gregbmyers@verizon.net*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 2, 2025, the foregoing NOTICE OF APPEAL was filed with the Clerk of the District Court and a copy of same was was furnished via first class U.S. Mail, postage prepaid to the following parties:

Jeffrey D. Fridkin
Gunster, Yoakley & Stewart, P.A.
5551 Ridgewood Drive, Suite 501
Naples, FL 34108

Glenn T. Burhans, Jr.
Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.
401 E. Jackson Street, Suite 2100
Tampa, Florida 33602

_____
Gregory B. Myers, pro se

# Exhibit A

Query   Reports   Utilities   Help   Log Out

APPEAL,JURY,PROSE-NP,TYPE-F

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:24-cv-03127-ACR

MYERS et al v. NAPLES GOLF AND BEACH CLUB, INC. et al  
Assigned to: Judge Ana C. Reyes  
Case in other court: USCA, 24-07180  
                     USCA, 25-07018  
                     USCA, 25-07032  
                     USCA, 25-07037  
Cause: 33:1365 Environmental Matters

Date Filed: 11/04/2024  
Jury Demand: Plaintiff  
Nature of Suit: 893 Environmental Matters  
Jurisdiction: Federal Question

**Plaintiff**

**GREGORY B. MYERS**             represented by **GREGORY B. MYERS**  
700 Gulf Shore Blvd N  
Naples, FL 34102  
301-325-2312  
PRO SE

**Plaintiff**

**BARBARA ANN KELLY**             represented by **BARBARA ANN KELLY**  
PRO SE

V.

**Defendant**

**NAPLES GOLF AND BEACH CLUB, INC.**             represented by **Jeffrey David Fridkin**  
*A Florida Corporation*  
                     GUNSTER, YOAKLEY & STEWART, P.A.  
                     5551 Ridgewood Drive  
                     Ste 501  
                     Naples, FL 34108  
                     239-514-1000  
                     Email: jfridkin@gunster.com  
                     *LEAD ATTORNEY*  
                     *PRO HAC VICE*  
                     *ATTORNEY TO BE NOTICED*

                     **Michael R. Freed**  
                     GUNSTER  
                     1 Independent Drive  
                     Suite 2300  
                     Jacksonville, FL 32202  
                     904-350-7167  
                     Fax: 904-354-2170  
                     Email: mfreed@gunster.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**NAPLES PROPERTY HOLDING COMPANY, LLC.**
*A Delaware limited liability company*

represented by **Glenn T. Burhans , Jr**
STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON
106 East College Avenue
Suite 700
Tallahassee, FL 32301
850-328-4850
Email: gburhans@stearnsweaver.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Maria A. Fehretdinov**
STEARNS WEAVER MILLER WEISSLER ALHADEFF& SITTERSON, P.A.
150 West Flagler Street
Suite 2200
Miami, FL 33015
305-789-3237
Email: mfehretdinov@stearnsweaver.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher Roy Clark**
STEARNS WEAVER MILLER
106 East College Avenue
Suite 700
Tallahassee, FL 32301
912-223-9901
Email: crclark@stearnsweaver.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**
**NAPLES BEACH CLUB LAND TRUST TRUSTEE, LLC.**
*A Delaware limited liability company*

represented by **Glenn T. Burhans , Jr**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Maria A. Fehretdinov**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher Roy Clark**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**NAPLES BEACH CLUB PHASE II AND III LAND TRUST TRUSTEE, LLC.**
*A Delaware limited liability Company*

represented by **Glenn T. Burhans , Jr**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Maria A. Fehretdinov**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher Roy Clark**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**NBC CLUB OWNER, LLC.**
*A Delaware limited liability Company*

represented by **Glenn T. Burhans , Jr**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Maria A. Fehretdinov**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher Roy Clark**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/01/2025 | | MINUTE ORDER GRANTING IN PART 11 Motion to Dismiss Case as Frivolous or in the alternative Motion to Remand to State Court and 13 Motion to Dismiss or in the alternative Motion to Remand to State Court. As discussed at the March 10, 2025 hearing, the Court REMANDS this case to the Circuit Court for Collier County, Florida. The Court finds as MOOT Defendants' Motions to Dismiss. Case to be remanded on 4/8/2025. Signed by Judge Ana C. Reyes on 4/1/2025. (lcacr3) (Entered: 04/01/2025) |
| 03/31/2025 | 41 | MOTION to Transfer Case by GREGORY B. MYERS. (Attachments: # 1 Exhibit)(zdp) (Entered: 04/01/2025) |
| 03/31/2025 | 40 | ERRATA Amended Response by GREGORY B. MYERS re 32 Response to motion,. (zdp) (Entered: 04/01/2025) |
| 03/31/2025 | 39 | REPLY to opposition to motion re 11 Motion to Dismiss Case as Frivolous,,,, Motion to Remand to State Court,,,, Motion for Sanctions,,, *(AMENDED)* filed by NAPLES PROPERTY HOLDING COMPANY, LLC., NAPLES BEACH CLUB LAND TRUST TRUSTEE, LLC., NAPLES BEACH CLUB PHASE II AND III LAND TRUST TRUSTEE, LLC., NBC CLUB OWNER, LLC.. (Attachments: # 1 Exhibit 1 - List of |

| | | |
|---|---|---|
| | | Vexatious Litigation, # 2 Text of Proposed Order Proposed Order re ECF 11 and 13) (Burhans, Glenn) (Entered: 03/31/2025) |
| 03/31/2025 | 38 | REPLY to opposition to motion re 11 Motion to Dismiss Case as Frivolous,,,, Motion to Remand to State Court,,,, Motion for Sanctions,,, filed by NAPLES PROPERTY HOLDING COMPANY, LLC., NAPLES BEACH CLUB LAND TRUST TRUSTEE, LLC., NAPLES BEACH CLUB PHASE II AND III LAND TRUST TRUSTEE, LLC., NBC CLUB OWNER, LLC.. (Attachments: # 1 Exhibit 1 - List of Vexatious Litigation) (Burhans, Glenn) (Entered: 03/31/2025) |
| 03/31/2025 | 37 | REPLY re 11 Response to motion, filed by NAPLES GOLF AND BEACH CLUB, INC.. (Attachments: # 1 Exhibit 1)(Fridkin, Jeffrey) Modified link on 4/1/2025 (zdp). (Entered: 03/31/2025) |
| 03/27/2025 | | USCA Case Number 25-7037 for 34 Notice of Appeal to DC Circuit Court filed by GREGORY B. MYERS. (zdp) (Entered: 03/27/2025) |
| 03/27/2025 | 36 | TRANSCRIPT OF PROCEEDINGS before Judge Ana C. Reyes held on 3/10/2025; Page Numbers: 1-35. Date of Issuance:3/27/2025. Court Reporter Christine T. Asif, Telephone number 202-354-3247, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 4/17/2025. Redacted Transcript Deadline set for 4/27/2025. Release of Transcript Restriction set for 6/25/2025.(Asif, Christine) (Entered: 03/27/2025) |
| 03/26/2025 | 35 | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The fee remains to be paid and another notice will be transmitted when the fee has been paid in the District Court or motion to proceed In Forma Pauperis has been decided re 34 Notice of Appeal to DC Circuit Court. (zdp) (Entered: 03/26/2025) |
| 03/24/2025 | 33 | MOTION to Strike 24 Notice of Related Case by GREGORY B. MYERS. (zdp) Modified date filed on 3/27/2025 (mg). (Entered: 03/26/2025) |
| 03/24/2025 | 32 | RESPONSE re 11 Emergency MOTION to Dismiss Case as Frivolous , *or Alternatively* MOTION to Remand to State Court *and* MOTION for Sanctions *(Request for Vexatious Litigant Sanctions)* filed by GREGORY B. MYERS. (zdp) Modified date filed on 3/27/2025 (mg). (Entered: 03/26/2025) |
| 03/21/2025 | 34 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to Order on Motion to Disqualify Judge,, by GREGORY B. MYERS. Fee Status: No Fee Paid. Parties have been notified. (zdp) Modified date filed on 3/27/2025 (mg). (Entered: 03/26/2025) |
| 03/21/2025 | 31 | NOTICE *of Filing Bankruptcy Court Orders* by NAPLES PROPERTY HOLDING COMPANY, LLC., NAPLES BEACH CLUB LAND TRUST TRUSTEE, LLC., NAPLES BEACH CLUB PHASE II AND III LAND TRUST TRUSTEE, LLC., NBC CLUB |

| | | |
|---|---|---|
| | | OWNER, LLC. (Attachments: # 1 Exhibit 1 - Order to Show Cause, # 2 Exhibit 2 - Order Denying Motions)(Burhans, Glenn) (Entered: 03/21/2025) |
| 03/15/2025 | 30 | ENTERED IN ERROR.....TRANSCRIPT OF PROCEEDINGS before Judge Ana C. Reyes held on 3/10/2025; Page Numbers: 1-35. Date of Issuance:3/17/2025. Court Reporter Christine T. Asif, Telephone number 202-354-3247, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 4/5/2025. Redacted Transcript Deadline set for 4/15/2025. Release of Transcript Restriction set for 6/13/2025.(Asif, Christine) Modified on 3/27/2025 to enter in error at the request of the filer.(ztnr) (Entered: 03/15/2025) |
| 03/14/2025 | 29 | ENTERED IN ERROR.....TRANSCRIPT OF PROCEEDINGS before Judge Ana C. Reyes held on 3/10/2025; Page Numbers: 1-35. Date of Issuance:3/14/2025. Court Reporter Christine T. Asif, Telephone number 202-354-3247, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 4/4/2025. Redacted Transcript Deadline set for 4/14/2025. Release of Transcript Restriction set for 6/12/2025.(Asif, Christine) Modified on 3/27/2025 to enter in error at the request of the filer. (ztnr) (Entered: 03/14/2025) |
| 03/13/2025 | 28 | Supplemental Record on Appeal transmitted to US Court of Appeals re 19 Notice of Appeal to DC Circuit Court ;USCA Case Number 25-7018. (zdp) (Entered: 03/13/2025) |
| 03/11/2025 | | USCA Case Number 25-7032 for 26 Notice of Appeal to DC Circuit Court filed by GREGORY B. MYERS. (zdp) (Entered: 03/12/2025) |
| 03/10/2025 | | Minute Entry for remote proceedings held before Judge Ana C. Reyes: Pre-motion Conference held on 3/10/2025. See Minute Order dated 3/10/2025 for deadlines of further proceedings. (Court Reporter Christine Asif.) (zakb) (Entered: 03/10/2025) |
| 03/10/2025 | | Set/Reset Deadlines: Plaintiff's response to Defendant's 11 Motion to Remand due by 3/24/2025. (zdrf) (Entered: 03/10/2025) |

| | | |
|---|---|---|
| 03/10/2025 | | MINUTE ORDER denying 25 Motion to Disqualify Judge. For the reasons discussed at today's hearing, the Court DENIES Plaintiff's Motion to Disqualify. The Court GRANTED Defendants' oral Motion for Leave to Appear Pro Hac Vice. Attorney Drew Dillworth is admitted pro hac vice. The Court ORDERS Plaintiff to respond to Defendants' 11 Motion to Remand on or before March 24, 2025. The Court also ORDERS Plaintiff to respond to Defendants' 24 Motion regarding dismissal of the bankruptcy proceeding. Defendants will have seven days to respond to both, should they wish. Signed by Judge Ana C. Reyes on 3/10/2025. (lcacr3) Modified on 3/10/2025 to correct language (zakb). (Entered: 03/10/2025) |
| 03/10/2025 | 27 | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The fee remains to be paid and another notice will be transmitted when the fee has been paid in the District Court or motion to proceed In Forma Pauperis has been decided re 26 Notice of Appeal to DC Circuit Court. (zdp) (Entered: 03/10/2025) |
| 03/10/2025 | 26 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to Order,, by GREGORY B. MYERS. Fee Status: No Fee Paid. Parties have been notified. (zdp) (Entered: 03/10/2025) |
| 03/10/2025 | 25 | MOTION to Disqualify Judge by GREGORY B. MYERS. (zdp) (Entered: 03/10/2025) |
| 03/10/2025 | 24 | NOTICE OF RELATED CASE by NAPLES PROPERTY HOLDING COMPANY, LLC., NAPLES BEACH CLUB LAND TRUST TRUSTEE, LLC., NAPLES BEACH CLUB PHASE II AND III LAND TRUST TRUSTEE, LLC., NBC CLUB OWNER, LLC.. Case related to Case No. 25-00069. (Burhans, Glenn) (Entered: 03/10/2025) |
| 03/07/2025 | 23 | SUGGESTION of Bankruptcy by GREGORY B. MYERS (zdp) Modified docket text on 3/12/2025 (zdp). (Entered: 03/10/2025) |
| 03/07/2025 | | MINUTE ORDER. The Court will proceed with Monday's hearing as scheduled. Should Mr. Myers wish to discuss the effects of his Bankruptcy petition, the Court ORDERS him to provide the Court and Defendants with a copy, and the Court will hear argument on Monday.<br><br>Should either party not appear at Monday's hearing, the Court will enter a show cause order requiring the party to explain why the Court should not enter sanctions against that party. Signed by Judge Ana C. Reyes on 3/7/2025. (lcacr3) (Entered: 03/07/2025) |
| 02/26/2025 | 22 | NOTICE *of Filing Affidavit* by NAPLES GOLF AND BEACH CLUB, INC. (Attachments: # 1 Exhibit Affidavit of Jeffrey Fridkin)(Fridkin, Jeffrey) (Entered: 02/26/2025) |
| 02/24/2025 | | NOTICE of Hearing: Pre-motion Conference set for 3/10/2025 at 1:00 PM by Telephonic/VTC before Judge Ana C. Reyes. (Change in location only)(zcll) (Entered: 02/24/2025) |
| 02/21/2025 | | NOTICE of Hearing: Pre-motion Conference set for 3/10/2025 at 1:00 PM in Courtroom 12- In Person before Judge Ana C. Reyes. (zcll) (Entered: 02/21/2025) |
| 02/20/2025 | 21 | STANDING ORDER. The parties are ORDERED to comply with the Court's Standing Order. See Order for details. Signed by Judge Ana C. Reyes on 2/20/2025. (lcacr3) (Entered: 02/20/2025) |
| 02/20/2025 | | MINUTE ORDER. The Court ORDERS the parties to set a date for a status conference by 5pm tomorrow, February 21, 2025. Should Plaintiff continue to not agree to a time, Defendants should schedule a time that works for them. The parties should reach out to Crystal Love, crystal_love@dcd.uscourts.gov, to coordinate. Signed by Judge Ana C. Reyes on 2/20/2025. (lcacr3) (Entered: 02/20/2025) |

| 02/11/2025 | | USCA Case Number 25-7018 for 19 Notice of Appeal to DC Circuit Court filed by GREGORY B. MYERS. (zdp) (Entered: 02/11/2025) |
|---|---|---|
| 02/11/2025 | | MINUTE ORDER. The Court ORDERS that no parties are permitted to file any further motions without leave of Court. The Court also ORDERS the parties to contact the Courtroom Deputy, Crystal Love, crystal_love@dcd.uscourts.gov, to schedule a status conference for early March. Signed by Judge Ana C. Reyes on 2/11/2025. (lcacr3) (Entered: 02/11/2025) |
| 02/11/2025 | 20 | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The fee remains to be paid and another notice will be transmitted when the fee has been paid in the District Court or motion to proceed In Forma Pauperis has been decided re 19 Notice of Appeal to DC Circuit Court. (zdp) (Entered: 02/11/2025) |
| 02/10/2025 | | USCA Appeal Fees received $ 605 receipt number 209038 re 19 Notice of Appeal to DC Circuit Court filed by GREGORY B. MYERS (zdp) Modified docket text on 3/13/2025 (zdp). (Entered: 03/13/2025) |
| 02/10/2025 | 19 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 18 Leave to File Denied, by GREGORY B. MYERS. Fee Status: No Fee Paid. Parties have been notified. (zdp) (Entered: 02/11/2025) |
| 02/10/2025 | 18 | LEAVE TO FILE DENIED- GREGORY B. MYERS, Third Party Complaint This document is unavailable as the Court denied its filing. Pro Se party has been notified by first class mail. "Leave to File Denied". Signed by Judge Ana C. Reyes on 2/10/2025. (zdp) (Entered: 02/10/2025) |
| 02/10/2025 | 17 | NOTICE *of Filing Circuit Court of Appeals Order* by NAPLES PROPERTY HOLDING COMPANY, LLC., NAPLES BEACH CLUB LAND TRUST TRUSTEE, LLC., NAPLES BEACH CLUB PHASE II AND III LAND TRUST TRUSTEE, LLC., NBC CLUB OWNER, LLC. (Attachments: # 1 Exhibit 1 - Order Granting Motion to Dismiss and Fees) (Burhans, Glenn) (Entered: 02/10/2025) |
| 02/05/2025 | 16 | AMENDED COMPLAINT against NAPLES BEACH CLUB LAND TRUST TRUSTEE, LLC., NAPLES BEACH CLUB PHASE II AND III LAND TRUST TRUSTEE, LLC., NAPLES GOLF AND BEACH CLUB, INC., NAPLES PROPERTY HOLDING COMPANY, LLC., NBC CLUB OWNER, LLC. with Jury Demand filed by GREGORY B. MYERS.(zdp) Modified on 2/7/2025 (zdp). (Entered: 02/06/2025) |
| 02/05/2025 | 15 | MOTION for Partial Summary Judgment by GREGORY B. MYERS. (zdp) Modified on 2/7/2025 (zdp). (Entered: 02/06/2025) |
| 12/23/2024 | 14 | NOTICE *TIME SENSITIVE Non-Opposition and Request to Expedite Remand* by NAPLES PROPERTY HOLDING COMPANY, LLC., NAPLES BEACH CLUB LAND TRUST TRUSTEE, LLC., NAPLES BEACH CLUB PHASE II AND III LAND TRUST TRUSTEE, LLC., NBC CLUB OWNER, LLC. re 13 Motion to Dismiss,, Motion to Remand to State Court,, Motion for Sanctions, 11 Motion to Dismiss Case as Frivolous,,,, Motion to Remand to State Court,,,, Motion for Sanctions,,, (Attachments: # 1 Exhibit 1 - Northern District of Florida Bankruptcy Order, # 2 Text of Proposed Order Proposed Order re ECF 11 and 14)(Burhans, Glenn) (Entered: 12/23/2024) |
| 11/27/2024 | 13 | Emergency MOTION to Dismiss *or Alternatively, Motion to Remand, and Request for Vexatious Litigant Sanctions* by NAPLES GOLF AND BEACH CLUB, INC.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit Composite 7)(Fridkin, Jeffrey). Added MOTION to Remand to State Court, MOTION for Sanctions on 11/27/2024 (zdp). (Entered: 11/27/2024) |

| | | |
|---|---|---|
| 11/27/2024 | 12 | NOTICE of Appearance by Jeffrey David Fridkin on behalf of NAPLES GOLF AND BEACH CLUB, INC. (Fridkin, Jeffrey) (Entered: 11/27/2024) |
| 11/25/2024 | | MINUTE ORDER granting 10 Motion for Leave to Appear Pro Hac Vice. Attorney Jeffrey D. Fridkin is admitted pro hac vice. **Counsel should register for e-filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a).** Click for instructions. Signed by Judge Ana C. Reyes on 11/25/2024. (lcacr3) (Entered: 11/25/2024) |
| 11/22/2024 | 11 | Emergency MOTION to Dismiss Case as Frivolous , *or Alternatively*, MOTION to Remand to State Court *and*, MOTION for Sanctions *(Request for Vexatious Litigant Sanctions)* by NAPLES PROPERTY HOLDING COMPANY, LLC., NAPLES BEACH CLUB LAND TRUST TRUSTEE, LLC., NAPLES BEACH CLUB PHASE II AND III LAND TRUST TRUSTEE, LLC., NBC CLUB OWNER, LLC.. (Attachments: # 1 Exhibit 1 - Second Amended and Supplemental Complaint and Counterclaim, # 2 Exhibit 2 - Amended Summary Final Judgment - Certified Copy, # 3 Exhibit 3 - List of Vexatious Filings, # 4 Exhibit 4 - First Order of Remand (certified copy), # 5 Exhibit 5 - Second Order of Remand, # 6 Exhibit 6 - First Removal, # 7 Exhibit 7 - Contempt Motions) (Burhans, Glenn) (Entered: 11/22/2024) |
| 11/22/2024 | 10 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Jeffrey D. Fridkin, Filing fee $ 100, receipt number ADCDC-11318647. Fee Status: Fee Paid. by NAPLES GOLF AND BEACH CLUB, INC.. (Attachments: # 1 Declaration for Pro Hac Vice Admission) (Freed, Michael) (Entered: 11/22/2024) |
| 11/22/2024 | | USCA Case Number 24-7180 for 8 Notice of Appeal to DC Circuit Court, filed by GREGORY B. MYERS, BARBARA ANN KELLY. (zdp) (Entered: 11/22/2024) |
| 11/21/2024 | 9 | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The Court of Appeals fee was paid re 8 Notice of Appeal to DC Circuit Court,. (zdp) (Entered: 11/21/2024) |
| 11/20/2024 | 8 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 11/19/2024 Order on Motion to Strike and Motion to Stay by GREGORY B. MYERS. Filing fee $ 605, receipt number 208590. Fee Status: Fee Paid. Parties have been notified. (zdp) Modified docket text on 11/21/2024 (zdp). (Entered: 11/21/2024) |
| 11/20/2024 | 7 | NOTICE of Appearance by Christopher Roy Clark on behalf of NAPLES PROPERTY HOLDING COMPANY, LLC., NAPLES BEACH CLUB LAND TRUST TRUSTEE, LLC., NAPLES BEACH CLUB PHASE II AND III LAND TRUST TRUSTEE, LLC., NBC CLUB OWNER, LLC. (Clark, Christopher) (Entered: 11/20/2024) |
| 11/19/2024 | 6 | NOTICE of Appearance by Glenn T. Burhans, Jr on behalf of NAPLES PROPERTY HOLDING COMPANY, LLC., NAPLES BEACH CLUB LAND TRUST TRUSTEE, LLC., NAPLES BEACH CLUB PHASE II AND III LAND TRUST TRUSTEE, LLC., NBC CLUB OWNER, LLC. (Burhans, Glenn) (Entered: 11/19/2024) |
| 11/19/2024 | | MINUTE ORDER granting 3 Motion to Strike 2 MOTION to Stay *and Improper Suggestion of Bankruptcy*. The Court ORDERS the stay LIFTED. Signed by Judge Ana C. Reyes on 11/19/2024. (lcacr3) (Entered: 11/19/2024) |
| 11/19/2024 | | MINUTE ORDER granting 4 Motion for Leave to Appear Pro Hac Vice. Attorney Glenn Burhans, Jr. is admitted pro hac vice. **Counsel should register for e-filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a).** Click for instructions. Signed by Judge Ana C. Reyes on 11/19/2024. (lcacr3) (Entered: 11/19/2024) |
| 11/19/2024 | | MINUTE ORDER granting 5 Motion for Leave to Appear Pro Hac Vice. Attorney Christopher R. Clark is admitted pro hac vice. **Counsel should register for e-filing via** |

| | | |
|---|---|---|
| | | PACER and file a notice of appearance pursuant to LCvR 83.6(a). Click for instructions. Signed by Judge Ana C. Reyes on 11/19/2024. (lcacr3) (Entered: 11/19/2024) |
| 11/19/2024 | 5 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Christopher R. Clark, Filing fee $ 100, receipt number ADCDC-11307783. Fee Status: Fee Paid. by NAPLES PROPERTY HOLDING COMPANY, LLC., NAPLES BEACH CLUB LAND TRUST TRUSTEE, LLC., NAPLES BEACH CLUB PHASE II AND III LAND TRUST TRUSTEE, LLC., NBC CLUB OWNER, LLC.. (Attachments: # 1 Declaration of Christopher R. Clark for Pro Hac Vice Admission, # 2 Exhibit Certificate of Good Standing for Christopher R. Clark)(Fehretdinov, Maria) (Entered: 11/19/2024) |
| 11/19/2024 | 4 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Glenn Burhans, Jr., Filing fee $ 100, receipt number ADCDC-11307740. Fee Status: Fee Paid. by NAPLES PROPERTY HOLDING COMPANY, LLC., NAPLES BEACH CLUB LAND TRUST TRUSTEE, LLC., NAPLES BEACH CLUB PHASE II AND III LAND TRUST TRUSTEE, LLC., NBC CLUB OWNER, LLC.. (Attachments: # 1 Declaration of Glenn Burhans, Jr. for Pro Hac Vice Admission, # 2 Exhibit Certificate of Good Standing for Glenn Burhans, Jr.)(Fehretdinov, Maria) (Entered: 11/19/2024) |
| 11/19/2024 | 3 | Emergency MOTION to Strike 2 MOTION to Stay *and Improper Suggestion of Bankruptcy* by NAPLES PROPERTY HOLDING COMPANY, LLC., NAPLES BEACH CLUB LAND TRUST TRUSTEE, LLC., NAPLES BEACH CLUB PHASE II AND III LAND TRUST TRUSTEE, LLC., NBC CLUB OWNER, LLC.. (Attachments: # 1 Exhibit 1 - Order Granting Motion to Dismiss Appeal Case No 24-12043, # 2 Exhibit 2 - Opinion and Order Case No 2.24-cv-846, # 3 Exhibit 3 - Amended Summary Final Judgment, # 4 Exhibit 4 - Opinion and Order Case No 2.23-cv-13, # 5 Exhibit 5 - Voluntary Petition for Bankruptcy)(Fehretdinov, Maria) (Entered: 11/19/2024) |
| 11/14/2024 | | Case Stayed. (zcdw) (Entered: 11/14/2024) |
| 11/13/2024 | | MINUTE ORDER granting 2 Motion to Stay. The Court ORDERS the case STAYED until further order by the Court. Signed by Judge Ana C. Reyes on 11/13/2024. (lcacr3) (Entered: 11/13/2024) |
| 11/12/2024 | 2 | STRICKEN PURSUANT TO ORDER DATED 11/19/2024.........MOTION to Stay by GREGORY B. MYERS. (zdp) Modified on 11/19/2024 (zcdw). (Entered: 11/13/2024) |
| 11/04/2024 | | SUMMONS Not Issued as to NAPLES BEACH CLUB LAND TRUST TRUSTEE, LLC., NAPLES BEACH CLUB PHASE II AND III LAND TRUST TRUSTEE, LLC., NAPLES GOLF AND BEACH CLUB, INC., NAPLES PROPERTY HOLDING COMPANY, LLC., NBC CLUB OWNER, LLC. (zdp) Modified on 11/8/2024 (zdp). (Entered: 11/08/2024) |
| 11/04/2024 | 1 | COMPLAINT against All Defendants ( Filing fee $ 405, receipt number TBD) filed by GREGORY B. MYERS, BARBARA ANN KELLY. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit)(zdp) (Entered: 11/08/2024) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/02/2025 10:17:08 | | | |
| PACER Login: | gregbmyers | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:24-cv-03127-ACR |
| Billable Pages: | 8 | Cost: | 0.80 |